Daniel J. Kelly (Bar No. 145088)
HAIGHT BROWN & BONESTEEL LLP
71 Stevenson Street, 20th Floor
San Francisco, California 94105-2981
Telephone: 415.546.7500
Facsimile: 415.546.7505

Attorneys for Defendant NEWPORT NEWS
SHIPBUILDING AND DRY DOCK COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHERINE COLRIDGE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>VIACOM, INC., et al,<br><br>　　　　　Defendant. | Case No. C 01-4108<br><br>SUBSTITUTION OF ATTORNEY |

Defendant Newport News Shipbuilding and Dry Dock Company hereby substitutes retained counsel Daniel J. Kelly (Bar No. 145088) of Haight Brown & Bonesteel LLP, 71 Stevenson Street, 20th Floor, San Francisco, California 94105-2981, Telephone: (415) 546-7500, Facsimile: (415) 546-7505 as attorney of record in place and stead of Lawrence E. Butler, Seyfarth Shaw LLP.

Dated: March 18, 2008

NEWPORT NEWS SHIPBUILDING AND
DRY DOCK COMPANY

By: _____
　　　Cynthia R. Thompson

///
///
///

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

NG06-0000054
3027624.1

1

Case No. C 01-4108
SUBSTITUTION OF ATTORNEY

1  I consent to the above substitution.
2  Dated: ~~March~~ April 5, 2008                SEYFARTH SHAW LLP

4                                               By: /s/ Lawrence E. Butler
5                                                   Lawrence E. Butler
                                                    Present Attorneys for Defendant
6                                                   NEWPORT NEWS SHIPBUILDING
                                                    AND DRY DOCK COMPANY

8  I am duly admitted to practice in this District and accept the above substitution.
9  Dated: March 28, 2008                         HAIGHT BROWN & BONESTEEL LLP

11                                              By: /s/ Daniel J. Kelly
12                                                  Daniel J. Kelly
                                                    New Attorneys for Defendant
13                                                  NEWPORT NEWS SHIPBUILDING
                                                    AND DRY DOCK COMPANY

15 **Substitution of Attorney is hereby approved.**

                                                 IT IS SO ORDERED
                                                 /s/ Judge William Alsup

17 Dated:   April 21, 2008.                      _____
                                                 United States District Judge/Magistrate Judge

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

NG06-0000054
3027624.1

2

Case No. C 01-4108
SUBSTITUTION OF ATTORNEY